UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NEUROSURGICAL ASSOCIATES, P.C.,                :
                                                :
                        Plaintiff,              :
                                                :        19-cv-11179 (LL)
        -v-                                     :
                                                :        ORDER
BENJAMIN GOLUB,                                 :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the Initial Pretrial Conference previously scheduled for February 14, 2020 at 11:00 a.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

    The time period for any Defendant intending to move to dismiss pursuant to Federal Rule of Civil Procedure Rule 12 will be extended until further order of the Court upon the filing of a simple letter with the Court within the time permitted under Federal Rule of Civil Procedure 12(a) and at the time the submissions in the above-mentioned paragraph are made. Such letter should simply indicate in one sentence the defendant's intent to make a motion to dismiss.

    Counsel for Plaintiff is ordered to notify Defendant of this Notice.

    SO ORDERED.

Dated: February 5, 2020
       New York, New York
                                                   LEWIS J. LIMAN
                                               United States District Judge