```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
NEUROSURGICAL ASSOCIATES, P.C.,                                   :
                                                                  :
                            Plaintiff,                            :
                                                                  :          19-cv-11179 (LJL)
            -v-                                                   :
                                                                  :              ORDER
BENJHAMIN GOLUB,                                                  :
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case (see Dkt. No. 14). Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED. The request for a two-week extension (Dkt. No. 14) is denied as moot.

SO ORDERED.

Dated: February 26, 2020
       New York, New York

                                                    _____
                                                             LEWIS J. LIMAN
                                                          United States District Judge